| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | Order Filed on June 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Jung Hyun Park | Case No: 19-13609 VFP<br><br>Chapter: 13<br><br>Hearing Date: **June 6, 2019 at 10:00 A.M.**<br><br>Judge: Vincent F. Papalia |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | ☐ | Followed | ☐ | Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐     Real Property More Fully Described as:

■     Personal Property More Fully Describes as: **2013 BMW, VIN: WBAXH5C51DD107484,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jung Hyun Park  
   Debtor

Case No. 19-13609-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jun 13, 2019  
         Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.  
db    +Jung Hyun Park, 858 Hemlock Court, Norwood, NJ 07648-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:  
    Denise E. Carlon  on behalf of Creditor  Toyota Motor Credit Corporation  
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Jae Y. Kim  on behalf of Debtor Jung Hyun Park jkim@jyklaw.com,  
     jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com  
    Kevin Gordon McDonald  on behalf of Creditor  Toyota Motor Credit Corporation  
     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Laura M. Egerman  on behalf of Creditor  Wells Fargo Bank, National Association, as Trustee for  
     Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series  
     2007-3 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Marie-Ann Greenberg  magecf@magtrustee.com  
    U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov  
                                       TOTAL: 6