Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                        Case No.: 19−13609−VFP  
                        Chapter:  13  
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Jung Hyun Park  
   858 Hemlock Court  
   Norwood, NJ 07648

Social Security No.:  
   xxx−xx−6113

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 28, 2019</u>                    <u>Vincent F. Papalia</u>  
                                              Judge, United States Bankruptcy Court